UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DeAndre Jerome Barnes,

      Plaintiff,

v.                                                                      Civil No. 11-2534 (JNE/AJB)
                                                                  ORDER

Minnesota Department of Corrections,
Tom Roy, Bruce Reiser, Greg Smith,
Jeanette Wilson, and Virginia Mandac,

      Defendants.

This case is before the Court on a Report and Recommendation issued by the Honorable Arthur J. Boylan, Chief United States Magistrate Judge, on April 8, 2013. The magistrate judge recommended granting Defendants' motions for summary judgment, denying as moot Plaintiff's "Motion for Clerk to Serve All Named Defendants Plaintiff's Reply Brief," and dismissing the action with prejudice. Plaintiff objected to the Report and Recommendation, and Defendants Minnesota Department of Corrections, Tom Roy, Bruce Reiser, Greg Smith, and Jeanette Wilson (collectively, "DOC Defendants") responded. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation [Docket No. 78]. Therefore, IT IS ORDERED THAT:

1. Defendant Virginia Mandac's Motion for Summary Judgment [Docket No. 44] and DOC Defendants' Motion to Dismiss and for Summary Judgment [Docket No. 59] are GRANTED.

2. Plaintiff's Motion for Clerk to Serve All Named Defendants Plaintiff's Reply Brief [Docket No. 74] is DENIED AS MOOT.

3. This action is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  May 15, 2013                                         s/Joan N. Ericksen
                                                                  JOAN N. ERICKSEN
                                                                  United States District Judge